No. 82–211. BORTON *v.* UNITED PARCEL SERVICE, INC. C. A. 7th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 82–349. NEW YORK *v.* WILLETTE. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.